

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00276-CV

EL CABALLERO RANCH, INC., APPELLANT

V.

GRACE RIVER RANCH, L.L.C., APPELLEE

On Appeal from the 218th District Court
La Salle County, Texas
Trial Court No. 13-04-00108-CVL, Honorable Stella Saxon, Presiding

August 11, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Through its attorney, El Caballero Ranch, Inc. has filed a motion to voluntarily dismiss the appeal. The motion is unopposed. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam